Sitta Fischer, Appellant, v. Adrian H. Joline and Douglas Robinson, in Their Capacity as Receivers of the New York City Railway Company, Respondents. Julius S. Fischer, Appellant, v. Adrian H. Joline and Douglas Robinson, in

Their Capacity as Receivers of the New York City Railway Company, Respond-ents.— Judgments and orders affirmed, with costs.    No opinion.    Laughlin, J., dissented.

Gussie Katz, Appellant, v. J. Applegate & Company, Respondent.— Judgment and order affirmed, with costs.    No opinion.

Simon Katz, Appellant, v. J. Applegate & Company, Respondent.— Judgment and order affirmed, with costs.    No opinion.

Bessie Jacobs, Respondent, v. Harry J. Jacobs, Appellant.— Judgment and order affirmed, with costs.    No opinion.

Eva Speiser, an Infant, by Maurial Speiser, Her Guardian ad Litem, Respondent, v. A. Lubin Company, Appellant.— Judgment and order affirmed, with costs.    No opinion.